# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Contrack International, Inc. | ) | ASBCA Nos. 59375, 59554, 59826 |
| | ) | 59827, 59828, 60015 |
| | ) | 61266 |
| | ) | |
| Under Contract No. W912ER-12-C-0011 | ) | |

APPEARANCES FOR THE APPELLANT:  Dirk D. Haire, Esq.
Sean Milani-nia, Esq.
Rachel M. Severance, Esq.
  Fox Rothschild LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Thomas J. Warren, Esq.
  Acting Engineer Chief Trial Attorney
Pietro O. Mistretta, Esq.
Daniel K. Bilotti, Esq.
James D. Stephens, Esq.
Nancy L. Pell, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Middle East
  Winchester, VA

## ORDER OF DISMISSAL

The parties have advised the Board they have resolved the disputes and have requested that the appeals be dismissed with prejudice. Accordingly, for good cause shown, the appeals are dismissed with prejudice. This dismissal combined with the dismissal order issued in ASBCA No. 61226 leaves no appeals remaining before the Board arising from the performance of Contract No. W912ER-12-C-0011. The Board commends the parties for their successful efforts to resolve the appeals.

Dated: 3 October 2017

CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59375, 59554, 59826, 59827, 59828, 60015, 61266, Appeals of Contrack International, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2